U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FRED TOWNSEND,<br>Plaintiff,<br>v.<br>CITY OF CHICAGO, et al.<br>Defendants. | Case Number: FILED: AUGUST 26, 2008<br>08CV4876<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AO

Plaintiff

NAME (Type or print)
Katie Z. Ehrmin

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Katie Z. Ehrmin

FIRM
Law Office of Jeffrey B. Granich

STREET ADDRESS
53 West Jackson Blvd., Suite 840

CITY/STATE/ZIP
Chicago, IL 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
6292120

TELEPHONE NUMBER
(312) 939-9009

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐