## United States District Court for the Northern District of Illinois

Case Number: 08CV4876     Assigned/Issued By: DAJ

Judge Name: GETTLEMAN     Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00         Receipt #: 3052682

Date Payment Rec'd: 08/26/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
       (Type of Writ)

  3  Original and  0  copies on  08/26/08  as to  DEF'S.
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05